THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL J. MERRITT and Others, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

MARY SCHUSTER, Respondent, v. ERNST SCHUSTER, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

STAR COMPANY, Appellant, v. DENTON FOWLER and Another, Respondents.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

GEORGE U. TOMPERS, Respondent, v. ADOLPH G. ZOBEL, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

VELVIL WEISSMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.